UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| **JEROME YEISER,** | Case No. 19-23559- RDD |
| **Debtor.** | |

-----------------------------------------------------x

**MARIA SCHIAVOCAMPO
AND TOMMIE PORTER,**
                       **Plaintiffs.**

against

**JEROME YEISER,**                                  **AP** Case No. 20-08853

                       **Defendant.**
-----------------------------------------------------x

## NOTICE OF ADJOURNMENT

    **PLEASE TAKE NOTICE** that the Pre-Trial Conference is adjourned to June 30, 2020 at 10:00 a.m. on consent of all parties.

    **PLEASE TAKE FURTHER NOTICE** that such hearings will take place in the Honorable Robert D. Drain's Courtroom 118 of the Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

Dated: Harrison, NY
        March 27, 2020

/s/ H. Bruce Bronson
Counsel for Debtor and
Defendant, Michael Negri
Bronson Law Offices, P.C.
480 Mamaroneck Avenue
Harrison, NY 10528
Telephone: 877-385-7793
Fax: 888-908-6906